

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jose Hernandez a/k/a Jose Irriaza,   * From the 35th District Court
               of Brown County,
               Trial Court No. CR22630.

Vs. No. 11-14-00313-CR       * November 30, 2016

The State of Texas,        * Memorandum Opinion by Bailey, J.
               (Panel consists of: Wright, C.J.,
               Willson, J., and Bailey, J.)

   This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.